IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STAMAR RICHARD MILLER,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-2738 |
| | : | |
| **TERRANCE BROADDAS,** *et al.*, | : | |
|     **Defendants.** | : | |

**ORDER**

AND NOW, this 28th day of July, 2022, upon consideration of Stamar Richard Miller's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 5), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    Stamar Richard Miller, # 20002351, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of George W. Hill Correctional Center or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Miller's inmate account; or (b) the average monthly balance in Miller's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Miller's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income

credited to Miller's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of George W. Hill Correctional Center.

4. The Complaint is **DEEMED** filed.

5. Miller's Complaint is **STAYED** pursuant to abstention doctrine of *Younger v. Harris* until such time as all related proceeding in state court have been resolved (including appeals and post-conviction proceedings, if applicable).

6. The Clerk of Court shall **CLOSE** this case.

7. Miller shall inform the Court when all related proceeding in state court have been resolved. He may do so at that time by filing a Motion to reopen this case.

**BY THE COURT:**

/s/ *John Milton Younge*
**JOHN MILTON YOUNGE, J.**